UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUSE FASCISM BAY AREA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-06408-RS<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING** |

Plaintiffs seek a temporary restraining order enjoining the City and County of San Francisco and its officials from denying plaintiffs a permit to hold a rally at Union Square on November 4, 2017 from 3:00 p.m. to 5:00 p.m. The Court is advised that defendants received email notice of plaintiff moving papers earlier today.

Defendants shall file any opposition to plaintiffs' motion no later than 10:30 a.m., November 3, 2017. The matter will be heard at 1:30 p.m. on November 3, 2017 in Courtroom 4, 17th Floor. Plaintiffs shall cause a copy of this order to be served on defendants forthwith.

**IT IS SO ORDERED**.

Dated: November 2, 2017

William H. Orrick (as General Duty Judge)
United States District Judge